AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

APPEARANCE
Arraignment

Case Number: 04814-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Juan Galindo

I certify that I am admitted to practice in this court.

4/8/04
Date

_Signature_

BARRY P WILSON    529680
Print Name                              Bar Number

Address

City         State         Zip Code

617 488 8875         617 523 8570
Phone Number              Fax Number