UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
         v.              )    Crim. No. 04-814-MBB
                         )
JOSE J. GALINHA,         )
                         )
                         )

JOINT MOTION FOR CONTINUANCE OF PROBABLE CAUSE HEARING

A probable cause hearing in the above captioned case is currently scheduled for April 19, 2004 at 2:30 p.m. Due to an unforeseen scheduling conflict for government counsel, the parties respectfully request that this hearing be continued. The parties respectfully request a new date of Monday, May 3, 2004 at 2:30 p.m.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: April 13, 2004     By: _____
                              BRIAN T. KELLY
                              Assistant U.S. Attorney

                          By: _____
                              BARRY P. WILSON, Esq.
                              Counsel for Jose J. Galinha