UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 04CR10134DPW |
| | ) |
| | ) CRIM. NO. |
| v. | ) VIOLATIONS: |
| | ) |
| | ) 26 U.S.C. §7201 |
| | ) (Tax Evasion) |
| JOSE J. GALINHA, | ) 31 U.S.C. §5324 |
| | ) (Structuring Currency |
| | ) Transactions) |
| | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges that at times material to this indictment:

1. Defendant, **JOSE J. GALINHA**, was a resident of Massachusetts.

2. **GALINHA** was the sole owner and operator of a fish cutting business, J.G. Seafood Co. Inc., ("J.G. Seafood") with its principal place of business located in New Bedford, Massachusetts.

3. Title 31, United States Code, Section 5313(a) and associated regulations required financial institutions to file a Currency Transaction Report, Form 4789, with the Internal Revenue Service ("IRS") reporting each deposit, withdrawal, exchange of currency or other payment or transfer, by, through, or to such financial institution that involved a transaction in currency of more than $10,000.

4. The Internal Revenue Code and associated regulations required employers to file an Employer's Quarterly Federal Tax Return, Form 941 ("quarterly employment tax return"), with the IRS reporting all wages paid to employees during each calendar quarter and the federal withholding taxes, social security taxes and Medicare taxes due thereon ("federal employment taxes").

5. As part of his business, **GALINHA** employed workers who, among other things, cut fish, packed fish, trimmed fish, skimmed fish, and cleaned fish. **GALINHA** paid numerous of these workers cash wages.

6. **GALINHA** paid his workers in cash each Friday by cashing a check in an amount under $10,000 at Luzo Community Bank, a domestic financial institution located in New Bedford, Massachusetts and/or at First Federal Savings Bank of America, a domestic financial institution located in New Bedford, Massachusetts.

7. On occasions when **GALINHA**'s payroll exceeded $10,000, **GALINHA** cashed additional checks written to a fictitious payee at the Portugese Sports Club in New Bedford, Massachusetts.

8. On or about a Friday between 1994 and 1998, the exact date being unknown to the grand jury, **GALINHA** cashed a check made to cash in an amount under $10,000 at a branch of Luzo Community Bank in New Bedford, Massachusetts. **GALINHA** returned to the bank on or about the following day and attempted to cash another

check.  **GALINHA** was informed by an employee of the bank that the total amount of the checks including the previous day was in excess of $10,000 and that the bank would be required to file a Currency Transaction Report ("CTR") because the activity occurred within one banking day.  **GALINHA** stated he would come back in a few days and left the bank without cashing the check.

9.  **GALINHA** failed to withhold a substantial amount of the federal employment taxes owed on the cash wages he paid his employees.

10. **GALINHA** caused the books and records of J.G. Seafood to falsely record payments of cash wages to employees as purchases of seafood.

11. **GALINHA** caused the filing with the IRS of false quarterly employment tax returns for J.G. Seafood which did not report the full amount of cash wages paid to employees.  **GALINHA** caused the signature of his son, Kevin Galinha, to be forged on the quarterly employment tax returns of J.G. Seafood for each quarter of 1998 and 1999.  **GALINHA** caused the quarterly employment tax returns which were filed with the IRS to understate the gross wages paid to employees of J.G. Seafood by an amount in excess of $2.8 million for the twenty quarters of 1998 through 2002.  This resulted in substantial additional taxes due and owing to the United States in an amount in excess of $650,000.

## COUNTS ONE THROUGH TWENTY
### (Tax Evasion)
### 26 U.S.C. 7201

12. The allegations contained in paragraphs 1-11 are realleged and incorporated in Counts One through Twenty, inclusive, of this Indictment.

13. On or about the dates set forth below, in the District of Massachusetts, **GALINHA** did willfully attempt to evade and defeat a large part of the federal income taxes withheld from wages and Federal Insurance Contributions Act taxes due and owing to the United States of America for the quarters listed below by paying employee wages in cash, by causing cash wage payments to employees to be falsely recorded in the books and records of J.G. Seafood Co., Inc. as seafood purchases, by causing to be prepared, and by signing and causing to be signed, false and fraudulent Employer's Quarterly Federal Tax Returns, Form 941, which were filed with the Internal Revenue Service, wherein it was stated that the total wages subject to withholding paid to employees by J.G. Seafood for the said quarter was the sum set out below, and that the total amount of federal employment taxes due and owing thereon was the sum set out below, whereas, as he then and there well knew and believed, the total wages subject to withholding paid to employees for said quarter was substantially in excess of the amount reported, and upon which wages there were due and owing to the United States of America federal employment

taxes substantially in excess of the amount reported.

| Count | Date of Offense | Taxable Period: Quarter Ending | Total Taxable Wages as Reported | Total Federal Employment Taxes Due as Reported |
|---|---|---|---|---|
| 1 | April 24, 1998 | March 31, 1998 | $23,286.72 | $5,459.45 |
| 2 | July 23, 1998 | June 30, 1998 | $24,230.64 | $5,904.58 |
| 3 | October 22, 1998 | September 30, 1998 | $35,879.38 | $9,027.54 |
| 4 | January 20, 1999 | December 31, 1998 | $45,442.50 | $11,307.24 |
| 5 | April 22, 1999 | March 31, 1999 | $43,958.75 | $10,699.89 |
| 6 | July 21, 1999 | June 30, 1999 | $61,093.00 | $15,421.30 |
| 7 | November 3, 1999 | September 30, 1999 | $52,086.50 | $12,820.08 |
| 8 | January 30, 2000 | December 31, 1999 | $57,116.25 | $13,840.67 |
| 9 | April 30, 2000 | March 31, 2000 | $58,262.25 | $13,915.65 |
| 10 | August 4, 2000 | June 30, 2000 | $58,449.50 | $14,288.38 |
| 11 | October 30, 2000 | September 30, 2000 | $45,116.58 | $11,001.56 |
| 12 | January 5, 2001 | December 31, 2000 | $43,031.50 | $10,412.07 |
| 13 | May 4, 2001 | March 31, 2001 | $41,161.00 | $10,006.31 |
| 14 | August 3, 2001 | June 30, 2001 | $51,296.88 | $12,443.16 |
| 15 | November 2, 2001 | September 30, 2001 | $41,887.25 | $9,601.00 |

| 16 | January 15, 2002 | December 31, 2001 | $43,429.34 | $9,759.06 |
| 17 | April 9, 2002 | March 31, 2002 | $43,032.32 | $9,019.40 |
| 18 | July 26, 2002 | June 30, 2002 | $42,487.92 | $9,103.03 |
| 19 | October 25, 2002 | September 30, 2002 | $32,823.02 | $7,322.77 |
| 20 | February 28, 2003 | December 31, 2002 | $48,503.16 | $10,919.41 |

All in violation of 26 U.S.C. § 7201.

## COUNT TWENTY-ONE
### (Structuring Financial Transactions to Evade Reporting Requirement)
### 31 U.S.C. 5324

14. The allegations contained in paragraphs 1-11 are realleged and incorporated in this Count.

15. In or about December, 2000, in the District of Massachusetts, **GALINHA** did knowingly, for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and Title 31, Code of Federal Regulations, Section 103.22, structure and assist in structuring, and attempt to structure and assist in structuring of transactions with one or more domestic financial institutions, by conducting the following financial transactions:

16. On or about December 14, 2000, **GALINHA** cashed and caused to be cashed check # 5553 payable to Cash and written on Luzo Community Bank account # 1106505 in the amount of $7,500 at a branch of Luzo Community Bank located in New Bedford, MA.

17. On or about December 14, 2000, **GALINHA** cashed and caused to be cashed check # 5552 payable to a fictitious payee, Manuel Botelho, and written on Luzo Community Bank account #1106505 in the amount of $6,150 at the Portugese Sports Club in New Bedford, MA.

18. On or about December 15, 2000, **GALINHA** cashed and caused to be cashed check # 5564 payable to Cash and written on Luzo Community Bank account # 1106505 in the amount of $9,500 at a

branch of Luzo Community Bank located in New Bedford, MA.

19. On or about December 15, 2000, **GALINHA** cashed and caused to be cashed check #1112 payable to Jose Galinha and written on First Federal Savings Bank of America account # 73002909 in the amount of $8,800 at a branch of First Federal Savings Bank of America in New Bedford, MA.

In violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d)(1).

A TRUE BILL

*[signature: Marla MacKenzie]*

FOREMAN OF THE GRAND JURY

*[signature: BTK]*

Brian T. Kelly
Assistant U.S. Attorney
John McAdams
Trial Attorney, Tax Division
U.S. Department of Justice

DISTRICT OF MASSACHUSETTS @ 11:20 AM April 29, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*

Deputy Clerk

9