UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> VS. </br></br> JOSE GALINHA, DEFENDANT. | Docket No. 04-CR-10134-DPW |

## MOTION TO CONTINUE

NOW COMES the defendant, Jose Galinha, in the above entitled matter and request that his hearing be continued from Tuesday, June 14, 2004 at 2:00 p.m. to Wednesday, July 14, 2004 at 2:00 p.m. In support thereof, defendant's counsel is presently on trial in New Bedford Superior Court in Commonwealth v. Jose Cabrera.

Respectfully submitted by,
FOR THE DEFENDANT,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA 02109
BBO # 529680
(617) 248-8979
(617) 523-3930 FAX

Date: June 14, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>JOSE GALINHA,<br>    Defendant. | Docket No. 04-CR-10134-DPW |

## CERTIFICATE OF SERVICE

   I, Barry P. Wilson, do hereby certify that I did serve one (1) copy of the within motion, "Motion For Continuance" and "Certificate Of Service," by United States Mail, postage pre-paid on Tuesday, May 4, 2004, to Emily Schulman, A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210

Date: JUNE 14, 2004

_____
Barry P. Wilson