UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 18  P 1: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS. )<br>)<br>JOSE GALINHA, )<br>DEFENDANT. ) | Docket No. 04-CR-10134-DPW |

## MOTION TO CONTINUE

NOW COMES the defendant, Jose Galinha, in the above entitled matter and request that his hearing be continued from Tuesday, June 14, 2004 at 2:00 p.m. to Wednesday, July 14, 2004 at 2:00 p.m. In support thereof, defendant's counsel is presently on trial in New Bedford Superior Court in Commonwealth v. Jose Cabrera.

The Defendant agrees that the time is excludable to the next Court date.

Respectfully submitted by,
FOR THE DEFENDANT,

_____
Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA 02109
BBO # 529680
(617) 248-8979
(617) 523-3930 FAX

Date: 6/17/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 18 P 1:24

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Docket No. 04-CR-10134-DPW |
| VS. ) | |
| ) | |
| JOSE GALINHA, ) | |
| Defendant. ) | |

U.S. DISTRICT COURT
DISTRICT OF MASS

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, do hereby certify that on this date I did serve one (1) copy of the within motion, "Motion For Continuance" by United States Mail, postage pre-paid, to Emily Schulman, A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210

Date: 6/17/04

Barry P. Wilson