```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
       v.                  )   Crim. No. 04-10134-DPW
                           )
JOSE J. GALINHA,           )
                           )
            Defendant.     )
```

## JOINT MOTION FOR ORDER RE: EXCLUDABLE DELAY

Pursuant to 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, the parties hereby move that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time period:

a.  The time period from July 14, 2004 through and including September 10, 2004, which is the additional time period needed by the defendant to review and analyze discovery prior to filing pertinent motions and the time period before the interim status conference scheduled for September 10, 2004. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

Accordingly, the parties respectfully request that this motion be allowed, and that the Court enter an Order Of Excludable Delay excluding from its calculation of the time

within which the trial of this matter must commence the above time period, as set forth in the accompanying proposed order.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By: _____
    BRIAN T. KELLY
    Assistant U.S. Attorney


                Respectfully submitted,

                JOSE J. GALINHA
                By his attorney,

By: _____
    BARRY P. WILSON, Esq.
    Counsel for Defendant Galinha

Dated: July 15, 2004