UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>JOSE J. GALINHA,          )<br>)<br>        Defendant.       ) | Crim. No. 04-10134-DPW |

**JOINT MOTION FOR ORDER RE: EXCLUDABLE DELAY**

Pursuant to 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, the parties hereby move that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time period:

a.  The time period from November 10, 2004 through and including January 18, 2005, which is the additional time period needed by the defendant to further review and analyze discovery prior to filing pertinent motions and the time period before the next status conference scheduled for January 18, 2005. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

Accordingly, the parties respectfully request that this motion be allowed, and that the Court enter an Order Of Excludable Delay excluding from its calculation of the time

**DOCKETED**

17

within which the trial of this matter must commence the above time period, as set forth in the accompanying proposed order.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney

Respectfully submitted,

JOSE J. GALINHA
By his attorney,

By: /s/ BTK for BPW
BARRY P. WILSON, Esq.
Counsel for Defendant Galinha

Dated: November 17, 2004

2