UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10134-DPW

**UNITED STATES OF AMERICA**

**v.**

**JOSE J. GALINHA**

**FINAL STATUS REPORT**

**JANUARY 21, 2005**

**BOWLER, U.S.M.J.**

On January 18, 2005, this court conducted a Final Status Conference pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report, to wit:

  1.  All discovery is complete an no motions are pending;

  2.  There will not be a trial in this case.  The defendant intends to offer a plea of guilty;

  3.  As of the date of the Final Status Conference, this court finds and concludes that no time has elapsed on the Speedy Trial clock;

4.  The file is hereby ordered returned to the district judge to whom this case is assigned to schedule a Rule 11 hearing.


 /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge