UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 19 A 10: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Crim. No. 04-10134-DPW |
| JOSE J. GALINHA, | ) |
| Defendant. | ) |

## JOINT MOTION FOR CHANGE OF PLEA HEARING

Pursuant to Fed.R.Crim.P., Rule 11, the parties respectfully request that the Court schedule a change of plea hearing in the above captioned matter. The parties respectfully request a date of March 14, 2005, for such a hearing if that date is acceptable to the Court.

The parties agree that the time period between January 18, 2005 (which was the date of the final status conference before U.S. Magistrate Marianne B. Bowler) and the date for the change of plea hearing be deemed excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney

Dated: January 19, 2005

Respectfully submitted,

JOSE J. GALINHA
By his attorney,

By: _____
BARRY P. WILSON, Esq.
Counsel for Defendant Galinha