UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| VS. | ) Docket No. 04-CR-10134-DPW<br>) |
| JOSE GALINHA, DEFENDANT. | )<br>)<br>) |

## MOTION TO CONTINUE

NOW COMES the defendant, Jose Galinha, in the above entitled matter and request that his hearing be continued from Wednesday, March 30, 2005 at 3:30 p.m. to Wednesday, April 13, 2005 at 10:00 a.m. In support thereof, defendant's counsel is presently on a murder trial in Suffolk Superior Court in Commonwealth v. Levino Williams.

The Assistant United States Attorney has been apprised and assents hereto.

Respectfully submitted by,
FOR THE DEFENDANT,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA 02109
BBO # 529680
(617) 248-8979
(617) 523-3930 FAX

Date: 3/28/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Docket No. 04-CR-10134-DPW |
| VS. ) | |
| ) | |
| JOSE GALINHA, ) | |
|     Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I, Barry P. Wilson, do hereby certify that on this date I did serve one (1) copy of the within motion, "Motion For Continuance" by United States Mail, postage pre-paid, to Brian Kelly, A.U.S.A., United States District Court, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Date: 3/28/05

Barry P. Wilson