UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>VS. )<br>)<br>JOSE GALINHA, )<br>    Defendant. ) | Docket No. 04-CR-10134-DPW |

## MOTION TO LEAVE TO FILE A PAPER MOTION

The Defendant, Jose Galinha, moves that this Court grant him leave to file a paper Motion to Continue his plea date, presently scheduled for March 30, 2005.

As grounds, the Defendant has learned that Judge Woodlock only accepts electronic filings. The Defendant's counsel is not yet equipped to make electronic filings, and does not anticipate being able to do so before the plea date. The Defendant therefore requests that he be allowed to file his Motion to Continue in paper.

Respectfully submitted by,
FOR THE DEFENDANT,

Barry P. Wilson
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street, Suite 5A
Boston, MA 02109
BBO # 529680
(617) 248-8979
(617) 523-3930 FAX

Date: 3/28/05