UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF )
AMERICA, )
 ) Docket No. 04-CR-10134-DPW
        VS. )
 )
JOSE GALINHA, )
DEFENDANT. )

## MOTION TO CONTINUE

    NOW COMES the defendant, Jose Galinha, in the above entitled matter and requests that his hearing be continued from Thursday, 14th July 2005 at 2:30 p.m. to Thursday 28th July 2005 at 2:30 p.m.  In support thereof, defendant's counsel is presently on trial in Brockton Superior Court in Commonwealth v. David Seeley.

    The Assistant United States Attorney has been apprised.


                    Respectfully submitted by,
                    FOR THE DEFENDANT,

                    /s/ Barry P. Wilson
                    Barry P. Wilson
                    LAW OFFICES OF BARRY P. WILSON
                    240 Commercial Street, Suite 5A
                    Boston, MA  02109
                    BBO # 529680
                    (617) 248-8979
                    (617) 523-3930 FAX

Date:  July 14, 2005